IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO.1:19 CR 368 |
| | ) |
| Plaintiff, | ) JUDGE PATRICIA GAUGHAN |
| | ) |
| v. | ) |
| | ) |
| BRITTNEY N. McTIER | ) **DEFENDANT'S MOTION** |
| | ) **TO CONTINUE TRIAL** |
| Defendant. | ) |

    Now comes the Defendant, Brittney N. McTier, by and through undersigned counsel, Daniel W. Taylor, and hereby respectfully requests a continuance of trial scheduled in regards to this matter on March 30, 2020.

    In recognition of the contents of General Order No. 2020-05 of United States District Court, Northern District of Ohio, and in in the interest of justice it is not advisable or necessary to conduct a Jury Trial at this time.

    Respectfully submitted,

/s/ Daniel W. Taylor_____
DANIEL W. TAYLOR - #0020978
The IMG Center
1360 East 9th Street, Suite 910
Cleveland, Ohio  44114
216-241-1400

Attorney for Defendant
Brittney N. McTier

CERTIFICATE OF SERVICE

      A copy of the foregoing has been sent to all parties via electronic mail through the United States District Court – Northern District of Ohio upon

Scott C. Zarzycki, Esq.
Assistant U.S. Attorney
Office of the U.S. Attorney
801 West Superior Ave., Suite 400
Cleveland, Ohio 44113

Attorney for Plaintiff

                                      /s/ Daniel W. Taylor_____
                                      DANIEL W. TAYLOR - #0020978

                                      Attorney for Defendant
                                      Brittney N. McTier